# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Nahun Elias-Perez, | No. CV-26-03329-PHX-DJH (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| John E. Cantu, et al., | |
| Respondents. | |

On May 12, 2026, Petitioner filed through counsel a petition for writ of habeas corpus under § 2241 (the "Petition") challenging his immigration detention. (Doc. 1.) By Order dated May 14, 2026, the Court required Respondents to show cause why the Petition should not be granted. (Doc. 4). That order was emailed to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger, Lon Leavitt, Theo Nickerson, Dina Anagnopolous, and Mary Finlan that same day. (*Id.*). Respondents' response was due no later than May 21, 2026. (*Id.*). To date, no response has been received.[1]

Accordingly, the Court construes the lack of response as concession to relief, and will thus grant the Petition.

**IT IS THEREFORE ORDERED:**

(1)    The Petition (Doc. 1) is **granted**.

(2)    Respondents must **IMMEDIATELY RELEASE** Petitioner from custody

---

[1] While it does not appear that service has been accomplished (*see* Doc. 1), this does not excuse Respondents' obligation to respond to the Court's order that they expeditiously show cause for why the petition should not be granted.

under the same conditions as existed prior to his detention.

(3) Respondents must provide a notice of compliance within **two (2) business days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 30th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -